UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/13/2015__
```

----------------------------------------------------------X
                                                                             :

NEIL PERSH,
                                 Plaintiff,    :

                                              :          15 Civ. 1414 (LGS)

                   -against-              :

                                              :        **OPINION AND ORDER**

ALDO PETERSEN,
                                   Defendant.   :

                                                                            :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on May 29, 2015, Defendant filed a motion to dismiss all claims in the action.  It is hereby

      ORDERED that the motion is denied with respect to Plaintiff's claim for breach of an oral agreement.  It is further

      ORDERED that the motion is granted with respect to Plaintiff's remaining claims.  A written opinion will follow.

Dated: October 13, 2015
       New York, New York

                                         **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**